**CANISTER COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 5745.

Circuit Court of Appeals, Third Circuit.

July 23, 1935.

Wm. R. Spofford and Frederic L. Ballard, both of Philadelphia, Pa., and Fred A. Woodis, of Washington, D. C. (Speer & Woodis, of Washington, D. C., and Ballard, Spahr, Andrews & Ingersoll, of Philadelphia, Pa., of counsel), for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and Lucius A. Buck and James W. Morris, Sp. Assts. to Atty. Gen., for respondent.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

This case turns on a question of fact; namely, whether the transaction in question was a bona fide sale which gave this taxpayer appellant a right, within the meaning of section 23 (f) of the Revenue Act of 1928 (26 USCA § 2023 (f), to claim the resultant loss as a deduction from its gross income.

The facts are so fully stated and discussed in the opinion of the Tax Board as to obviate a restatement. That tribunal held the proofs showed the alleged sale was not one in fact, but was a mere attempt to avoid income tax. Such finding was warranted, and, agreeing as we do therewith, the Tax Board's holding is affirmed.